```
                UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                       Alexandria Division


                                   )
XULI ZHANG,                        )
       Plaintiff,                  )
                                   )
            v.                     )   Civ. No. 1:10cv1329
                                   )
POLICE S. REGAN and                )
POLICE PEC M. GREEN,               )
       Defendants.                 )
                                   )
```

## MEMORANDUM OPINION

BEFORE THE COURT is Plaintiff's Initial Motion to Grant an Injunction While an Appeal is Pending or Set Aside the Money Award to Defendants $1459.34 Entered on November 16, 2011 on the Basis of Defendants Perjury in the Court and Clerk Mistake Arising From Oversight (Dkt. 155).

On August 24, 2011, defendants filed a Bill of Costs with the Clerk of this Court, claiming fees in the amount of $1,518.35 associated with "printed or electronically obtained transcripts necessarily obtained for use in this case." (Dkt. 143.) On November 16, 2011, the Clerk taxed those costs. (Dkt. 152.) This is not a monetary award, and shall not be set aside.

Further, insofar as plaintiff is already appealing this matter (Dkt. 146), this Court will not grant relief from the judgment.

An appropriate Order shall be entered.

ENTERED this 28th day of November, 2011.

                                                                /s/
                                     THERESA CARROLL BUCHANAN
                                     UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia