UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| XULI ZHANG, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 1:10cv1329 |
| | ) | |
| POLICE S. REGAN AND POLICE | ) | |
| PEC M. GREEN, | ) | |
| Defendants. | ) | |
| | ) | |

MEMORANDUM OPINION

THIS MATTER comes before the Court on plaintiff's Objection to Defenendat's Asking for Money the Court Should Support Defendnat's Perjury [sic] (Dkt. 153) and plaintiff's Objection to Defendants Tax Costs [sic] (Dkt. 159). This Court treats both of these objections to be a motion to vacate the Clerk's taxation of $1,518.35 on November 16, 2011 (Dkt. 152).

Defendants filed and served their Bill of Costs on August 24, 2011 (Dkt. 143), thus giving plaintiff more than 14 days of notice as required by Federal Rule of Civil Procedure 54(d)(1). The Court finds that the costs taxed were reasonable and necessary services for transcription of plaintiff's deposition testimony used in support of defendant's Motion for Summary Judgment, which was granted.

Accordingly, the Clerk's taxation of costs was appropriate and plaintiff's motions are denied. An appropriate Order shall

be issued.

    ENTERED this 7th day of December, 2011.

                                             /s/
                                    THERESA CARROLL BUCHANAN
                                    UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia