```
                UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                       Alexandria Division


                                    )
XULI ZHANG,                         )
        Plaintiff,                  )
                                    )
             v.                     )   Civ. No. 1:10cv1329
                                    )
POLICE S. REGAN AND POLICE          )
PEC M. GREEN,                       )
        Defendants.                 )
                                    )
```

## MEMORANDUM OPINION

THIS MATTER comes before the Court on plaintiff's Notice of Clerk's Mistake Arising from Oversight to Miss Evidences Submission by Plaintiff on May 10, 2011 (Dkt. 154), which the Court treats as a motion.

Plaintiff has attached to her Notice over 100 pages of exhibits which she claims were not properly docketed by the Clerk. She alleges that the Court erred in granting the defendants' Motion for Summary Judgment (Dkt. 142) because it did not consider this evidence.

Specifically, the Court has been unable to locate one particular document date-stamped by the Clerk on May 10, 2011. The Court notes, however, that documents identical or substantially similar to those documents plaintiff now presents were in fact before to the Court when the Order on the Motion for Summary Judgment was considered. See Documents 63, 72-1,

72-2, 72-3, 72-4, 72-5, and 82-3.  The Court finds that the documents now submitted by plaintiff in connection with this Notice do not change the Court's prior opinion.

Accordingly, plaintiff's motion is denied.  An appropriate Order shall be issued.

ENTERED this 7th day of December, 2011.

                                                    /s/
                                    THERESA CARROLL BUCHANAN
                                    UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia